Yusulf Shaheed Benson

v.

The State of Texas

Cause No. WR-81,764-01

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 16 2015
Abel Acosta, Clerk

In the Court of Criminal Appeals of

81,764-02

06-07-15

## Mandamus

Comes now Yusulf Shaheed Benson and orders the Court to finish review of the 3 other issues presented in his original 11.07, Habeas Corpus and not deny by ignoring them. Habeas is a Constitutional right, and the defendant is being prejudiced by this court, by it not exhausting his issues by any decision, barring higher review.

The clerk of this court is in contempt of 11.60 by not processing and responding to servicing, and executing the same or information pursuant to it. Pursuant to Title 2 Sub. ch. B § 22.108 this Court ie. the Court of Criminal Appeals does not Have the Jurisdiction to abridge, enlarge, or modify the substantive rights of a litigant. If the Court has apprehensions or trepidations and is not comfortable reviewing the issues presented, the Court may simply affirm summarily which will suffice for exhaustion.

## PRAYER

Where fore premises considered the Defendant prays the Court moves itself to uphold the defendant's right to Habeas corpus

and exhaust by review and decision his issues presented.

Defendant Pro Se
Yusulf Benson
_Yusulf B_____ #1771885
200 Lee Morrison Lane
Bryan, Texas 77807
J.H. Hamilton Unit

Order

On this the ___ day of _____ came to be heard Defendant's request for Mandamus, and upon review of the same it is Granted / Denied.

Judge Presiding

Inmates Declaration

I Yusulf Shaheed Benson the Defendant Pro Se, being presently incarcerated do swear by penalty of perjury that the above it is true and correct to the best of my knowledge.

x _Yusulf B_____
Yusulf Benson 1771885